UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC GARDNER,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOSEPH R. BURTCH and UNKNOWN PSYCHOLOGIST,<br><br>                  Defendants. | 20-CV-11001-TGB-MJH<br><br>JUDGMENT |

For reasons given in an opinion and order on this date, the complaint is summarily dismissed under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b) for failure to state a plausible claim for relief.

Dated at Detroit, Michigan, this 30th day of December, 2020.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                                        s/A. Chubb
                                        Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE